## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 145 EAL 2014
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
ALLEN THOMPKINS, :
:
           Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is

**DENIED**.